UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| STEVEN JAMES KRIER,<br><br>              Plaintiff,<br><br>   v.<br><br>ADAM FORTNEY, et al.,<br><br>              Defendants. | CASE NO. 2:20-cv-01073-RSM-BAT<br><br>**REPORT AND RECOMMENDATION** |

       In 2020, Plaintiff, Steven James Krier, filed a 42 U.S.C. § 1983 civil rights complaint while he was detained at the Snohomish County Jail. Dkt. 1. After the Court dismissed the complaint, Dkt. 9, Plaintiff appealed. The Court of Appeals for the Ninth Circuit affirmed in part and reversed in part. Dkts. 17, 18.

       Based upon the Ninth Circuit's remand order, on December 13, 2021, the Court ordered Plaintiff to file an amended complaint, no later than January 27, 2022. Dkt. 19. This order was returned to the Court on December 23, 2021, as not deliverable. As the Court has received no communication from Plaintiff since November 18, 2021, the Court recommends dismissing the action without prejudice. Dkt. 12.

REPORT AND RECOMMENDATION - 1

## DISCUSSION

Local Civil Rule ("LCR") 10(f) requires represented and unrepresented parties to notify the Court of any change of address or telephone number within 10 days of the change. LCR 41(b)(2) further provides:

> A party proceeding pro se shall keep the court and opposing parties advised as to his current address …. If mail directed to a pro se plaintiff by the clerk is returned by the Post Office, … and if such plaintiff fails to notify the court and opposing parties within 60 days thereafter of his current address, the court may dismiss the action without prejudice for failure to prosecute.

The Court's order directing Plaintiff to file an amended complaint was returned as undeliverable. Dkt. 20. Because Plaintiff last communicated with the Court on November 18, 2020 when he moved to reconsider the Court's order adopting the report and recommendation and dismissing the case, has not responded to the last court order or updated his address, the Court recommends dismissing the matter without prejudice for failure to prosecute.

## CONCLUSION

To date, plaintiff has not notified the Court of his current address and has not filed anything to further prosecute or defend this action for many months. Accordingly, the Court recommends:

**(1)    DISMISSING this action without prejudice** pursuant to Local Rule CR 41(b)(2) for failure to prosecute.  A proposed order accompanies this Report and Recommendation. Any objections to this Recommendation must be filed no later than **March 10, 2022.**  The matter will be ready for the Court's consideration on **March 11, 2022**. Objections shall not exceed five (3) pages.  The failure to timely object may affect the right to appeal.

REPORT AND RECOMMENDATION - 2

**(2)     If plaintiff responds and provides an updated address, the Court recommends the case be referred back to Magistrate Judge Tsuchida.**

### OBJECTIONS AND APPEAL

This Report and Recommendation is not an appealable order. Therefore, plaintiff should not file a notice of appeal seeking review in the Court of Appeals for the Ninth Circuit until the assigned District Judge enters a judgment in the case.

Objections, however, may be filed no later than **March 10, 2022.** The Clerk should note the matter for **March 11, 2022**, as ready for the District Judge's consideration. The failure to timely object may affect the right to appeal.

DATED this 24th day of February, 2022.

_____
BRIAN A. TSUCHIDA
United States Magistrate Judge

REPORT AND RECOMMENDATION - 3